TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00053-CR


NO. 03-95-00054-CR


AND


NO. 03-95-00055-CR







Antonio Gonzales, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY


NOS. 21,363; 21,364 & 21,365, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING







PER CURIAM



 These are appeals from orders of the trial court revoking appellant's probation. 
Appellant has filed motions to withdraw the appeals. No decision of this Court has been
delivered. The motions are granted and the appeals are dismissed. See Tex. R. App. P. 59(b).



Before Chief Justice Carroll, Justices Aboussie and Jones


Appeals Dismissed on Appellant's Motion


Filed: June 21, 1995


Do Not Publish